GARY M. RESTAINO
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ✔   ___ LODGED
___ RECEIVED   ___ COPY

SEP 2 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-1345-PHX-SMB (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>Counts 1-13 |
| Juan Carlos Molina Yanez, | |
| Defendant. | 18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 & 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNTS 1-13**

On or about the dates below, in the District of Arizona, Defendant JUAN CARLOS MOLINA YANEZ knowingly made a false statement and representation to the businesses listed below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the businesses, in that Defendant JUAN CARLOS MOLINA YANEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, on the approximate dates below, stating that he resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address:

| Count | Date | FFL (Business) |
|---|---|---|
| 1. | March 15, 2023 | Sprague's Sports (Yuma, Arizona) |
| 2. | March 16, 2023 | Sprague's Sports (Yuma, Arizona) |
| 3. | March 21, 2023 | Firearms Unknown (Yuma, Arizona) |
| 4. | March 22, 2023 | Jones & Jones (Somerton, Arizona) |
| 5. | March 22, 2023 | USA Pawn (Yuma, Arizona) |
| 6. | March 27, 2023 | Jones & Jones (Somerton, Arizona) |
| 7. | March 28, 2023 | Jones & Jones (Somerton, Arizona) |
| 8. | March 31, 2023 | Jones & Jones (Somerton, Arizona) |
| 9. | March 31, 2023 | Sportsman's Warehouse (Yuma, Arizona) |
| 10. | April 3, 2023 | Sprague's Sports (Yuma, Arizona) |
| 11. | April 3, 2023 | Jones & Jones (Somerton, Arizona) |
| 12. | April 12, 2023 | Jones & Jones (Somerton, Arizona) |
| 13. | April 12, 2023 | USA Pawn (Yuma, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1-13 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-13 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendant is liable.

If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981; 21 U.S.C. §§ 853 and 881; 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_/s/_
FOREPERSON OF THE GRAND JURY
Date:  September 26, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

_/s/_
BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 3 -