**INDEX OF EXHIBITS**
United States v. Juan Carlos Molina Yanez
CR-23-01345-PHX-SMB

Exhibit A…………………………………………... Living Center Proposed Release Plan

# EXHIBIT A



Proposed Release Plan

Attention: Judge
Re: Release Planning for Juan Carlos Molina Yanez                              11/29/2023

Honorable Judge,

      We are prepared to coordinate the following treatment and release plan for Juan Carlos Molina Yanez. Juan Carlos shared the need for treatment to address his substance use and mental health problems. I coordinated placement with Community Bridges Inc. that is located here in Yuma and I was given a bed on December 11th. I am requesting that Juan be released to TLCR on December 11th at 8 am. TLCR will transport him directly to Community Bridges Inc. so he can be admitted into their 30 day residential program. Juan will be able to address his concerns regarding his substance, mental health and gain the necessary coping skills to be drug free.

Francisca Moreno
Justice Services Coordinator / Jail Liaison
Transitional Living Center Recovery (TLCR)
1340 S. 4th Avenue, Yuma AZ 85364
Cell 928-580-0889 / Office 928-261-8668

<u>*Proposed Release Plan*</u>

IT IS AGREED by the parties, TLCR and DEFENDANT, through
his DEFENSE COUNSEL Travis O'Neal, that the Defendant, Juan Carlos Molina Yanez , is to be RELEASED FROM CUSTODY pursuant to the agreed upon RELEASE PLAN which is as follows:

That the Defendant shall be released from custody on December 11th at 8 am, to a representative of TLCR for coordination of Care.

As a condition of release, the Defendant shall comply with the following plan:

1. Member/Defendant will then be transported by TLCR to attend intake Community Bridges at 10 am of the same date to begin residential services on the same date. The defendant shall cooperate with and successfully complete the Community Bridges residential treatment program.
2. Member/Defendant will attend a Psychiatric evaluation and services by Community Bridges while in residential treatment.
3. Member/Defendant shall comply with all treatment recommendations by his Case Manager at Community Bridges.